SCAD-17-0000138

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

RONALD V. GRANT,
Respondent.

---

ORIGINAL PROCEEDING
(ODC 16-0-027)

ORDER OF SUSPENSION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the petition submitted on March 7, 2017 by the Office of Disciplinary Counsel (ODC), requesting the immediate suspension of Respondent Ronald V. Grant from the practice of law pursuant to RSCH Rule 2.12A of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), the declaration and exhibits attached thereto, and the record, we find Respondent Grant has, for more than one year, failed to meaningful or substantively respond to lawful requests from ODC regarding its investigations into alleged misconduct by Respondent Grant, despite the provision by ODC of numerous extensions of time for Respondent Grant to provide a response.

We find that Respondent Grant has wholly failed to respond since May 4, 2016 to ODC's attempts to communicate with him by telephone, electronic mail, or post at both his contact information registered with the Hawaiʻi State Bar Association and other contact information identified by ODC. Finally, we find Respondent Grant has failed to timely respond to this court's March 15, 2017 order to show cause as to why he should not be immediately suspended for the above conduct. Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.12A, Respondent Ronald V. Grant is suspended from the practice of law. This order is effective immediately and until further order of this court.

IT IS FURTHER ORDERED that this order imposing suspension upon Respondent Grant shall constitute a suspension of Respondent Grant for purposes of RSCH Rule 2.16. The Disciplinary Board of the Supreme Court of the State of Hawaiʻi and Respondent Grant shall therefore comply with the relevant requirements of that Rule.

IT IS FINALLY ORDERED that the Clerk shall forthwith distribute a copy of this order to all judges. Distribution may be by electronic mail.

DATED: Honolulu, Hawaiʻi, April 11, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2